Case 5:10-cv-00986-VAP-DTB  Document 8  Filed 01/24/11  Page 1 of 3  Page ID #:460

JS-6

Suzette R. Rowe
Attorney "In Pro Se"
  bridgettepoodle@gmail.com
1335 American Way
Nipomo, CA 93444
Telephone: 805-343-9197

Attorney "In Pro Se" for Plaintiff
Suzette R. Rowe

FILED
CLERK, U.S. DISTRICT COURT
JAN 24 2011
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZETTE ROWE,<br><br>  Plaintiff,<br><br>vs.<br><br>N WORX MEDIA, INC, a California Corporation; JOHN L. GRAY, an individual; KATHY VERCHER, an individual; SCOTT HALE, an individual; SPEARMINT RHINO CONSULTING WORLDWIDE, INC., a Nevada Corporation; NETWORK SOLUTIONS, INC., a Virginia Corporation; and DOES 1 through 10,<br><br>  Defendants. | Case No. EDCV10-00986 VAP (DTBx)<br><br>**REQUEST FOR DISMISSAL WITH PREJUDICE**    BY FAX<br><br>Date Action Filed: July 6, 2010 |

LODGED

2011 JAN 14 PM 3:45
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY ____

REQUEST FOR DISMISSAL WITH PREJUDICE

Case No. EDCV10-00986

0038613/037/ 470252v01

1  Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff
2  SUZETTE R. ROWE hereby requests that the Court dismiss this entire action with
3  prejudice, and with each of the parties to bear their own respective attorney fees and
4  costs.

6  Dated: October 12, 2010    SUZETTE R. ROWE
                                ATTORNEY "IN PRO SE"

       By: _____
           Suzette R. Rowe
           Attorney "In Pro Se" for Plaintiff
           Suzette R. Rowe

IT IS SO ORDERED

DATED Jan 24 2011

_____
U.S. DISTRICT COURT JUDGE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Full Force, 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024-3503. On January 13, 2011, I served the within document(s) described as:

REQUEST FOR DISMISSAL WITH PREJUDICE

on each interested party in this action as stated below:

John Kennedy, Esq.
Liner Grode Stein Yankelevitz Sunshine
Regenstreif & Taylor LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

[X] (BY PERSONAL SERVICE) I delivered a true copy of the foregoing document(s) in a sealed envelope by hand to the offices of the above addressee(s).

I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 13, 2011, at Los Angeles, California.

_____Jorge Murillo_____        _____(Signature)_____
(Type or print name)

1

770v0